Olayiwola O. Oduyingbo (BBO No. 691768)
Odu@odulawfirm.com
Geneva A. Litz (BBO No. 715401)
**ODU LAW FIRM, LLC**
888 Reservoir Avenue, Floor 2
Cranston, RI 02910
Telephone:   (401) 209-2029
Facsimile:   (401) 217-2299

*Attorney for Plaintiff*
*Evelyn Agyemang*

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVELYN AGYEMANG, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>BOSTON MEDICAL CENTER CORPORATION,<br><br>             Defendant. | Case No. _____<br><br>**COMPLAINT FOR:**<br><br>1. **Violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*;**<br>2. **Violation of the Pregnant Workers Fairness Act, 42 U.S.C. § 2000gg *et seq.*;**<br>3. **Violation of the Massachusetts Fair Employment Practices Act, Mass. Gen. Laws c. 151B § 1 *et seq.*; and**<br>4. **Violation of the Massachusetts Pregnant Workers Fairness Act, Mass. Gen. Laws c. 151B § 4.**<br><br>**DEMAND FOR JURY TRIAL** |

## TABLE OF CONTENTS

Page

SUMMARY OF THE ACTION ........................................................................................1

PARTIES ..............................................................................................................................1

JURISDICTION ...................................................................................................................1

VENUE ..................................................................................................................................2

FACTUAL BACKGROUND AND GENERAL ALLEGATIONS.................................2

      Evelyn Exhausted Her Administrative Remedies and Brings This Action ..........3

CLAIMS FOR RELIEF .......................................................................................................3

PRAYER FOR RELIEF ......................................................................................................5

DEMAND FOR JURY TRIAL ............................................................................................6

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

## COMPLAINT

## SUMMARY OF THE ACTION

1. Plaintiff Evelyn Agyemang ("Evelyn" or "Plaintiff") brings this action against Defendant Boston Medical Center Corporation, *alias* ("Boston Medical Center" or "BMC"), to assert her rights and remedy the grave and rampant discriminatory violations committed by Defendant. Evelyn seeks compensatory and punitive damages, counsel fees and costs, and other equitable relief arising out of violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e *et seq.*; the Pregnant Workers Fairness Act ("PWFA"), 42 U.S.C. § 2000gg *et seq.*; the Massachusetts Fair Employment Practices Act ("FEPA"), Mass. Gen. Laws. c. 151B § 1 *et seq*; and the Massachusetts Pregnant Workers Fairness Act ("MPWFA"), Mass. Gen. Laws c. 151B § 4 *et seq.*

2. Evelyn hereby alleges as follows:

## PARTIES

3. Plaintiff is a citizen and resident of Providence, Rhode Island.

4. At all times relevant hereto, Plaintiff was employed by Defendant in the Commonwealth of Massachusetts.

5. Defendant is a Hospital organized under the laws of the Commonwealth of Massachusetts with a principal office located at 1 Boston Medical Center Place, Boston, MA 02118. It does not have a registered agent on file with the Commonwealth.

6. At all times relevant hereto, Defendant was Plaintiff's "employer" within the meaning of all relevant statutes.

7. At all times relevant hereto, Defendant employed at least fifteen individuals.

## JURISDICTION

8. The United States District Court for the District of Massachusetts has federal subject matter jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts claims arising under federal law, specifically, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. and the Pregnant Workers Fairness Act, 42 U.S.C. § 2000gg *et seq*.

9. The United States District Court for the District of Massachusetts has supplemental jurisdiction under 28 U.S.C. § 1367 for the state law claims set forth herein, which arise out of a common nucleus of operative fact as the claims over which the Court has original jurisdiction.

10. The United States District Court for the District of Massachusetts has personal jurisdiction over Defendant because it has sufficient minimum contacts with this District. Defendant has its principal place of business within this District, and it employed Plaintiff in this District. The exercise of jurisdiction by this Court is both proper and necessary.

## VENUE

11. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because Defendant's principal place of business is in Massachusetts and Defendants conduct business in Massachusetts. Therefore, Defendants are deemed to reside in this District.

12. Moreover, venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the acts and/or omissions giving rise to the claims asserted herein occurred in this District.

## FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

13. Evelyn worked for BMC as a Registered Nurse from on or about February 20, 2024, until August 16, 2024, when BMC terminated her employment.

14. Evelyn is an experienced Registered Nurse.

15. Prior to working for BMC, Evelyn worked for Montefiore Hospital for two years without issue.

16. Evelyn had an original probationary period of five months, from February 20, 2024 to July 18, 2024.

17. Throughout Evelyn's tenure with BMC, she did not receive any complaints from patients, nor did she receive written discipline.

18. On or about March 2, 2024, Evelyn learned she was pregnant.

19. In April 2024, Evelyn began experiencing anemia related to her pregnancy, which required her to take a few days off of work between the months of April and June 2024.

20. On July 2, 2024, Evleyn's manager, Edwina Chauvet ("Edwina"), held a meeting wherein she asked Evelyn why she was calling out so much.

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

21. During this July 2, 2024 meeting, Evelyn informed Edwina that she was pregnant and was experiencing anemia related to her pregnancy.

22. Just a few days later, Edwina extended Evelyn's probationary period by thirty days.

23. Evelyn's probation was now to end on August 17, 2024.

24. On August 16, 2024, Defendant terminated Evelyn's employment.

**Evelyn Exhausted Her Administrative Remedies and Brings This Action**

25. On or about March 3, 2025, Evelyn filed a Charge of Discrimination with the United States Equal Employment Opportunity Commission ("EEOC") and the Massachusetts Commission Against Discrimination ("MCAD").

26. Thereafter, in accordance with 804 CMR 1.04(12), Evelyn filed to withdraw her Complaint with MCAD and the EEOC and instead assert her rights to remedy Defendant's violations in court. On August 12, 2025, MCAD issued a Dismissal.

27. Evelyn has therefore timely and properly exhausted the administrative remedies and satisfied all pre-conditions of filing this action.

**CLAIMS FOR RELIEF**

28. Plaintiff realleges and incorporates therein by reference paragraphs 1 through the immediately preceding paragraph, inclusive, as if fully set forth herein.

**First Claim for Relief**

*Sex Discrimination in Violation of Title VII of the Civil Rights Act of 1964,*

*42 U.S.C. § 2000e et seq.*

29. Defendant, by its individual and/or concerted acts and/or omissions, including, but not limited to those described herein, engaged in unlawful activity including discriminating against Evelyn based on her sex. Evelyn was pregnant and experiencing anemia related to her pregnancy. Defendant extended Evelyn's probation and then terminated her employment shortly after she disclosed she was pregnant and managing pregnancy-related anemia. Defendant's actions were in violation of Title VII And thereby deprived Evelyn of her rights secured under this Act, causing her to suffer the damages aforesaid.

**Second Claim for Relief**

*Sex Discrimination in Violation of the Massachusetts Fair Employment Practices Act,*

*Mass. Gen. Laws c. 151B §1 et seq.*

30. Defendants by its individual and/or concerted acts and/or omissions, including, but not limited to those described herein, engaged in unlawful activity including discriminating against Evelyn based on her sex. Evelyn was pregnant and experiencing anemia related to her pregnancy. Defendant extended Evelyn's probation and then terminated her employment shortly after she disclosed she was pregnant and managing pregnancy-related anemia. Defendant's actions were in violation of FEPA And thereby deprived Evelyn of her rights secured under this Act, causing her to suffer the damages aforesaid.

**Third Claim for Relief**

*Pregnancy Discrimination and Retaliation in Violation of the Pregnant Workers Fairness Act,*

*42 U.S.C. § 2000gg et seq.*

31. Defendant, by its individual and/or concerted acts and/or omissions, including, but not limited to those described herein, engaged in unlawful activity including discriminating against Evelyn based on her pregnancy and need for accommodation for her pregnancy-related condition. Evelyn was pregnant and experiencing anemia related to her pregnancy. Evelyn required accommodation of a few days off of work to manage her pregnancy-related anemia. Shortly after Evelyn disclosed her pregnancy and used such accommodations Defendant extended her probationary period and terminated her employment. Defendant's actions were in violation of the PWFA and thereby deprived Evelyn of her rights secured under this Act, causing her to suffer the damages aforesaid.

**Fourth Claim for Relief**

*Pregnancy Discrimination and Retaliation in Violation of the Massachusetts Pregnant Workers Fairness Act,*

*Mass. Gen. Laws c. 151B § 4 et seq.*

32. Defendant, by its individual and/or concerted acts and/or omissions, including, but not limited to those described herein, engaged in unlawful activity including discriminating against

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

Evelyn based on her pregnancy and need for accommodation for her pregnancy-related condition. Evelyn was pregnant and experiencing anemia related to her pregnancy. Evelyn required accommodation of a few days off of work to manage her pregnancy-related anemia. Shortly after Evelyn disclosed her pregnancy and used such accommodations Defendant extended her probationary period and terminated her employment. Defendant's actions were in violation of the MWPFA and thereby deprived Evelyn of her rights secured under this Act, causing her to suffer the damages aforesaid.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays and respectfully requests that this Court grant the following relief:

A. A declaratory judgment declaring that the acts and/or omissions of Defendant, including, but not limited to those complained of herein, are in violation of Title VII, PWFA, MPWFA, and FEPA.

B. An injunction directing Defendant to take such affirmative action as is necessary to refrain from such conduct as is necessary to ensure that the effects of these unlawful employment practices are eliminated and not repeated;

C. An injunction or other equitable relief, including, but not limited to, an award of unpaid wages, back pay, front pay or reinstatement, and other compensation and/or benefits, and to make Plaintiff whole for all earnings and benefits Plaintiff would have received but for the violations;

D. An award of all actual, general, special, incidental, statutory, punitive, compensatory, liquidated, consequential, and/or restitutionary damages to which Plaintiff is entitled;

E. An award of prejudgment interest, reasonable attorneys' fees, and costs; and

F. Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of all issues triable as of right.

Dated: November 7, 2025       **ODU LAW FIRM, LLC**

                By: /s/ *Olayiwola O. Oduyingbo*

                   **Olayiwola O. Oduyingbo, Esq.**
                   BBO No. 691768
                   888 Reservoir Avenue, Floor 2
                   Cranston, RI 02910
                   Phone: (401) 209-2029
                   Fax: (401) 217-2299
                   Odu@odulawfirm.com

                   **ATTORNEY FOR PLAINTIFF,**
                   **EVELYN AGYEMANG**

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029